

THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS

**MARY B. QUIMBY**  
Assistant Attorney General  
General Litigation Division

PHONE:  (512) 475-4092  
FAX:  (512) 320-0667  
EMAIL:  mary.quimby@oag.texas.gov

June 30, 2023

<u>Via CM/ECF:</u>  
Judge Michael J. Truncale  
300 Willow Street  
Beaumont, TX 77701

Re:  *Tammy Wheeler v. Board of Regents of Stephen F. Austin University, Et al*; Civil Action No. 9:22-CV-129; In the United States District Court for the Eastern District of Texas, Lufkin Division

Dear Judge Truncale:

With regard to the matter referenced above, this letter serves as written notice that I will be on parental leave for 12 weeks beginning June 30, 2023. During this time period, I respectfully request that no hearings, conferences, trial, other court appearances, or deadlines be scheduled. I would also request that no discovery be propounded during this period.

Should you need to contact me during this time, please feel free to contact my assistant, Laura Hendrix, at (512) 463-5574. Thank you for your attention and assistance in this matter.

Very truly yours,

*/s/ Mary B. Quimby*  
MARY B. QUIMBY  
Assistant Attorney General  
General Litigation Division

MBQ/lh

cc: all counsel of record